UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-10021-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IGOR KASYANENKO,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Magistrate Judge's Report and Recommendation on Defendant Igor Kasyanenko's Change of Plea. (ECF No. 43).

On March 24, 2022, Magistrate Judge Lurana S. Snow held a hearing to permit Defendant Roman Igor Kasyanenko to enter a change of plea. A Report and Recommendation was filed recommending that Defendant Kasyanenko's plea of guilty be accepted, the Defendant be adjudged guilty of the offense to which he has entered his plea of guilty, and that a sentencing hearing be conducted for final disposition of this matter. (ECF No. 43). The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Snow's Report and Recommendation (ECF No. 43) on the change of plea is hereby **ADOPTED AND APPROVED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2022.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE